UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | CORPUS CHRISTI | Case Number | 2:12-CV-00131 |
|---|---|---|---|
| NUECES COUNTY, TEXAS ||||
| *versus* ||||
| MERSCORP HOLDINGS, INC., ET AL. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | STEPHEN F. MALOUF<br>MALOUF & NOCKELS LLP<br>3811 TURTLE CREEK BLVD. SUITE 800<br>DALLAS, TEXAS 75219<br>214-969-7373<br>12888100 |
|---|---|
| Seeks to appear for this party: | INTERVENOR CAMERON COUNTY, TEXAS |
| Dated: 8/8/2013 | Signed: *[signature]* |

The state bar reports that the applicant's status is: Eligible to Practice

Dated: 8-9-13   Clerk's signature: Donna Terrell

Order

Dated: 8/9/13

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge